ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6 / Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/18/14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MR. FRAUENHEIM, Warden,<br><br>　　　　Respondent. | Case No. CV 14-1386-CAS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3/13/14

　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE